UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-36006 |
|---|---|
| JAMES BRADLEY GIBSON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 6 | GREAT SENECA % WOLPOFF & ABRAM<br>TWO IRVINGTON CENTRE<br>702 KING FARM BLVD<br>ROCKVILLE, MD  20850 | 11.32 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2010

Certificate of Service    05-36006

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES BRADLEY GIBSON
42 WOODHILL DRIVE
SPRINGBORO, OH  45066

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(38.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(6.1)
GREAT SENECA % WOLPOFF & ABRAM
TWO IRVINGTON CENTRE
702 KING FARM BLVD
ROCKVILLE, MD  20850

(37.1n)
LARA ARMSTRONG
MCCALLA,RAYMER,PADRICK,
1544 OLD ALABAMA, ROAD
ROSWELL, GA  30076

(39.1n)
LARA ARMSTRONG
%MCCALLA,RAYMER,PADR,COBB,NICH
1544 OLD ALABAMA, RD.
ROSWELL, GA  30076

(36.1n)
MCCALLA RAYMER LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

(42.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv